IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ROBERT THENA** | Case No. 2:12-cr-133-JDW |

### ORDER

AND NOW, this 30th day of July, 2025, upon consideration of Defendant's Letter Motion To Terminate Supervised Release (ECF No. 24), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.